JANET M. HEROLD
Regional Solicitor
DANIEL J. CHASEK
Associate Regional Solicitor
CHERYL L. ADAMS (CSBN 208244)
Senior Trial Attorney
GRACE A. KIM (CSBN 247456)
Trial Attorney
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-3950
Facsimile: (213) 894-2064
Email: kim.grace@dol.gov

Attorneys for Plaintiff Secretary of Labor

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> MNI ENTERPRISES, INC., an Arizona corporation; U.S. CARPENTRY TUCSON, LLC, an Arizona limited liability company, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT** <br> (29 U.S.C. § 201 *et seq.*) |

1. Plaintiff, EDWARD C. HUGLER, Acting Secretary of Labor, brings this action to enjoin Defendants MNI Enterprises, Inc. and U.S. Carpentry Tucson, LLC, from violating provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA" or the "Act"),

29 U.S.C. §§ 215(a)(2) and 215(a)(5), and to recover amounts owed under the FLSA to employees of Defendants, who, at a minimum, include the individuals as listed by name in the attached Exhibit A.

2. This Court has subject matter jurisdiction under Section 17 of the FLSA, 29 U.S.C. § 217; this Court also has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and § 1345 (United States as Plaintiff).

3. Venue is proper because the actions giving rise to this Complaint took place throughout Arizona.

4. Defendant MNI Enterprises, Inc. ("MNI") is and at all times hereinafter mentioned was an Arizona corporation with an office and a place of business located at 8080 E. Gelding Dr., Ste. 108, Scottsdale, Arizona, 85260, within the jurisdiction of this Court, and is, and at all times hereinafter mentioned was, engaged in business as a construction and framing company for residential homes.

5. Defendant U.S. Carpentry Tucson, LLC ("U.S. Carpentry") is and at all times hereinafter mentioned was an Arizona limited liability company with an office and a place of business also located at 8080 E. Gelding Dr., Ste. 108, Scottsdale, Arizona, 85260, within the jurisdiction of this Court, and is, and at all times hereinafter mentioned was, also engaged in business as a construction and framing company for residential homes.

6. Upon information and belief, MNI is the parent company of U.S. Carpentry, and/or Defendants are otherwise associated entities. Both Defendants are engaged in the same type of construction business and both Defendants share corporate leadership.

7. Defendants are and at and all times hereinafter mentioned were engaged in related activities performed through unified operation or common control for a common business purpose, and are and at all times hereinafter mentioned were an enterprise within the meaning of Section 3(r) of the FLSA.

8. Defendants are and at all times hereinafter mentioned were an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Sections 3(s)(1)(A) the FLSA in that said enterprise at all times hereinafter mentioned had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.00.

9. For the period of at least three years prior to the date of filing of this Complaint ("Subject Period"), Defendants have employed employees who were paid a piece rate for completing particular tasks relating to conditions of their employment (i.e., Defendants paid employees a set price for each action performed, i.e., framing, regardless of employees' time spent working on the particular task).

10. Defendants repeatedly and willfully violated the provisions of Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), respectively, by employing employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed, for the Subject Period.

11. Defendants repeatedly and willfully violated the provisions of Sections 11(c) and 15(a)(5) of the FLSA in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and

other conditions and practices of employment maintained by Defendants as prescribed by regulations duly issued pursuant to authority granted in the FLSA and found in 29 C.F.R. Part 516, for the Subject Period.

12. In addition to the investigation giving rise to this Complaint, Defendants have been investigated by the U.S. Department of Labor on prior occasions to determine their compliance with the FLSA.

Defendants have repeatedly and willfully violated the above-described provisions of the FLSA during the Subject Period.

Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by Section 17 of the FLSA, 29 U.S.C. § 217.

WHEREFORE, cause having been shown, the Secretary prays for a judgment against Defendants as follows:

    A.   (i) For an Order pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, and employees, and those persons in active concert or participation with Defendants, from prospectively violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(2) and 215(a)(5); and

    B.   For an Order

        (i) pursuant to Section 16(c) of the FLSA, 29 U.S.C. § 216(c), finding Defendants liable for any unpaid overtime compensation during the relevant time period that may be found by the Court to be due under the FLSA, plus an additional amount as and for liquidated damages, equal to any back wages found to have accrued under the FLSA, to present and former employees of Defendants, including, at a minimum, the persons listed by name on the attached Exhibit A; or

        (ii) in any instances where liquidated damages are not awarded here-

in, restraining, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants, their officers, agents, servants and employees and all persons in active concert or participation with Defendants, from continuing to withhold the payment of any unpaid overtime compensation that may be found by this Court to have accrued under the FLSA to present and former employees of Defendants, including, at a minimum, the persons listed by name on the attached Exhibit A, plus pre-judgment interest thereon; and

D. Awarding the Secretary of Labor the costs of this action; and,

E. Providing such further legal and equitable relief as may be deemed appropriate.

Respectfully submitted,

Dated: February 9, 2017

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

CHERYL L. ADAMS
Senior Trial Attorney

__/s/ Grace A. Kim_____
GRACE A. KIM
Trial Attorney
Attorneys for the Plaintiff
U.S. Department of Labor

# EXHIBIT A

|    | Last Name | First Name |
|----|-----------|------------|
| 1  | Acuna | Heriberto |
| 2  | Acuna-Guerrero | Heriberto |
| 3  | Aguirre-Sanchez | Jesus |
| 4  | Alvarado-Flores | Mario |
| 5  | Alvarado-Lopez | Jorge |
| 6  | Amador | Alonzo |
| 7  | Arvizu | Jorge Jr. |
| 8  | Arvizu-Figueroa | Sergio |
| 9  | Arvizu-Jimenez | Humberto |
| 10 | Atencio | Mathias |
| 11 | Atondo | Obed |
| 12 | Ballesteros | Antonio |
| 13 | Barrios | Jose Jr. |
| 14 | Barrios | Esteban |
| 15 | Benavidez | David |
| 16 | Benton | Robert |
| 17 | Bishop | Richard |
| 18 | Bojorquez-Martinez | Ernesto |
| 19 | Borajas | Jesus |
| 20 | Borquez | Daniel |
| 21 | Brewer | Ronald |
| 22 | Bridgeford | Calvin |
| 23 | Broeker | Raymond |
| 24 | Buelna | Roman |
| 25 | Campuzano-Orduna | Rogelio |
| 26 | Carreon | Paul |
| 27 | Casas-Cardenas | Jose |
| 28 | Casas-Cardenas | Sacremento |
| 29 | Castillo-Cruz | Manuel |
| 30 | Castillo-Cruz | Enrique |
| 31 | Castro | Ernesto |
| 32 | Castro | Pete III |
| 33 | Castro | Marco |
| 34 | Castro-Aguilar | Jesus |
| 35 | Cazares | Carlos |
| 36 | Ceballos-Contreras | Juan |
| 37 | Chiquete | Abraham |

| | | |
|---|---|---|
| 38 | Cruz | Juan |
| 39 | Cruz | Raymundo |
| 40 | Damian | Carlos |
| 41 | De Hoyos | Asencion |
| 42 | Diaz | Kenny |
| 43 | Dozal | Luis |
| 44 | Duron | Alfredo |
| 45 | Erives | Eric |
| 46 | Escamilla | Luis |
| 47 | Farhang | Ali |
| 48 | Fimbres | Benjamin |
| 49 | Flores | Daniel |
| 50 | Flores-Juarez | Thomas |
| 51 | Flores-Zuniga | Mario |
| 52 | Franco-Baltierra | Roberto |
| 53 | Franco-Baltierra | Leoncio |
| 54 | Franko | Steven |
| 55 | Gamez-Bejarano | Aldo |
| 56 | Gamez-Federico | Bruno |
| 57 | Gamez-Soto | Saul |
| 58 | Garcia | Ildefonso |
| 59 | Godinez | Miguel |
| 60 | Gonzalez Jr. | Israel |
| 61 | Gray | Charles |
| 62 | Guerrero | Roberto |
| 63 | Hernandez | Rene |
| 64 | Hernandez-Pacheco | Erasmo |
| 65 | Herrejon | Jorge |
| 66 | Huberd | Robert |
| 67 | Ingram | Richard |
| 68 | Irigui-Ruiz | Hector |
| 69 | Jimenez-Jimenez | Jose |
| 70 | Jimenez-Lara | Evelio |
| 71 | Jimenez-Nava | Esteban |
| 72 | Jimenez-Nava | Pedro |
| 73 | Jimenez-Resendiz | Rodolfo |
| 74 | Jimenez-Salazar | Felipe |
| 75 | Kelly | Brandon |
| 76 | Laborin | Alejandro |
| 77 | Laborin | Michael |
| 78 | Ledezma | Fernando |

| | | |
|---|---|---|
| 79 | Ledezma | Ricardo |
| 80 | Lemus | Arquimides |
| 81 | Liles | Joel |
| 82 | Linn | Michael |
| 83 | Lopez | Jose |
| 84 | Lopez | Miguel |
| 85 | Lopez-Arballo | Manuel |
| 86 | Loustaunau | Abel |
| 87 | Mata | Sergio |
| 88 | Mata-Lugo | Luis |
| 89 | Mata-Martinez | Sergio |
| 90 | Mata-Martinez | Eloy |
| 91 | Mata-Pena | Nahun |
| 92 | Mata-Velasquez | Agustin |
| 93 | Mata-Velazquez | Felix |
| 94 | McPhearson | Michael |
| 95 | Medrano | Greg |
| 96 | Mejia | Miguel |
| 97 | Mendoza-Sainz | Fernando |
| 98 | Mendoza-Sevilla | Abraham |
| 99 | Meneses | Rafael |
| 100 | Metzer | Marc |
| 101 | Metzer | Joseph |
| 102 | Miranda | Jose |
| 103 | Miranda-Copado | Pedro |
| 104 | Miranda-Copado | Francisco |
| 105 | Miranda-Pacheco | Jose |
| 106 | Miranda-Uribe | Enrique |
| 107 | Miranda-Velazquez | Juventino |
| 108 | Mitchell | Eric |
| 109 | Molina | Francisco |
| 110 | Montano | Jesus |
| 111 | Montano | Michael |
| 112 | Montano-Marquez | Francisco |
| 113 | Moore | Dennis |
| 114 | Morales-Alvarez | Carlos |
| 115 | Moreno | Hector |
| 116 | Mulford | Nathan |
| 117 | Murrieta | Francisco |
| 118 | Nubes-Ortiz | Jesus |
| 119 | Ochoa | Everd |

| | | |
|---|---|---|
| 120 | Ochoa | Manuel |
| 121 | Ortega-Leon | Ramon |
| 122 | Ortiz | Edward |
| 123 | Ortiz | Jesus |
| 124 | Ortiz-Garcia | Eduardo |
| 125 | Osuna-Robles | Ramon |
| 126 | Pacheco | Jose |
| 127 | Pacheco-Ramirez | Daniel |
| 128 | Perez | Ramon |
| 129 | Perez | Eligio |
| 130 | Pina | Omar |
| 131 | Portillo-Gallego | Rigoberto |
| 132 | Quevedo | Oscar |
| 133 | Quiroga | Marcelino |
| 134 | Ramirez | Benito |
| 135 | Ramirez-Gonzalez | Juan |
| 136 | Ramos-Tinajero | Tomas |
| 137 | Razura | Luis |
| 138 | Resendiz-Jimenez | Omar |
| 139 | Resendiz-Uribe | Juan |
| 140 | Resendiz-Uribe | Rodolfo |
| 141 | Reyes | Amador |
| 142 | Rios-Valenzuela | Sergio |
| 143 | Rivera | Carlos |
| 144 | Robertson | Brian |
| 145 | Robles | Ivan |
| 146 | Robles | Richard |
| 147 | Robles-Vasquez | Julio |
| 148 | Rodriguez | Jose |
| 149 | Rodriguez | Jaime Jr. |
| 150 | Ruiz | Gilberto |
| 151 | Ruiz-Valdivia | Fernando |
| 152 | Salazar | Joel |
| 153 | Sanchez | Carlos |
| 154 | Sandoval | Miguel |
| 155 | Sarmiento | Carlos |
| 156 | Schwartz | Chenault II |
| 157 | Slowtalker | Travis |
| 158 | Smith | Don |
| 159 | Somarriba | Rafael |
| 160 | Soto | Santo |

| | | |
|---|---|---|
| 161 | Springer | Nicholas |
| 162 | Springer | Robert |
| 163 | Springer | Alexander |
| 164 | Stackpole | Omar |
| 165 | Suarez-Reyes | Melchor |
| 166 | Tenebruso | David |
| 167 | Teran | Daniel |
| 168 | Thompson | John |
| 169 | Tinajero | Armando |
| 170 | Torres-Uribe | Martin |
| 171 | Torres-Uribe | Jose |
| 172 | Torres-Uribe | Jaime |
| 173 | Traslavina | Miguel |
| 174 | Trujillo | Gustavo |
| 175 | Twiddy | Thomas |
| 176 | Urbalejo | Miguel |
| 177 | Urias | Juan |
| 178 | Uribe | Pedro |
| 179 | Valencia-Cardenas | Carlos |
| 180 | Valenzuela | Luis |
| 181 | Veara | Jose |
| 182 | Vega | Silvestre |
| 183 | Velazquez | Cristian |
| 184 | Villegas | Jose |
| 185 | Villela-Munguia | Antonio |
| 186 | Wega | Daniel |
| 187 | Williams | Lourell |
| 188 | Yazzie | Weffel |
| 189 | Zuniga | Eduardo |